# Exhibit C

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24-cv-07174-NRB

| | |
|---|---|
| Particle Health Inc. v. Epic Systems Corporation | Date Filed: 09/23/2024 |
| Assigned to: Judge Naomi Reice Buchwald | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Particle Health Inc.**                                    represented by **Kathryn Delveaux Bonacorsi**
                                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                                            295 5th Avenue
                                                            New York, NY 10016
                                                            212-849-7312
                                                            Email: kathrynbonacorsi@quinnemanuel.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lauren Noelle Beck**
                                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                                            295 5th Avenue
                                                            New York, NY 10016
                                                            212-849-7000
                                                            Email: laurenbeck@quinnemanuel.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Adam Bryan Wolfson**
                                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                                            865 S. Figueroa Street
                                                            Los Angeles, CA 90017
                                                            213-443-3000
                                                            Email: adamwolfson@quinnemanuel.com
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Epic Systems Corporation**                                represented by **Lauren Ann Moskowitz**
                                                            Cravath, Swaine & Moore LLP
                                                            375 Ninth Avenue
                                                            Two Manhattan West
                                                            New York, NY 10001
                                                            212-474-1000
                                                            Email: lmoskowitz@cravath.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Lauren Reisig**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
Email: lreisig@cravath.com
*ATTORNEY TO BE NOTICED*

**Lauren Michelle Rosenberg**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212-474-1000
Email: lrosenberg@cravath.com
*ATTORNEY TO BE NOTICED*

**Madalyn G Vaughn**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212-474-1000
Fax: 212-474-3700
Email: mvaughn@cravath.com
*ATTORNEY TO BE NOTICED*

**Margaret Thorner Segall**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1231
Fax: (212) 474-3700
Email: msegall@cravath.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2024 | 1 | COMPLAINT against Epic Systems Corporation. (Filing Fee $ 405.00, Receipt Number ANYSDC-29929459)Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 09/23/2024) |
| 09/23/2024 | 2 | CIVIL COVER SHEET filed..(Wolfson, Adam) (Entered: 09/23/2024) |
| 09/23/2024 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 09/23/2024) |
| 09/23/2024 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Epic Systems Corporation, re: 1 Complaint. Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 09/23/2024) |
| 09/24/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district- |

| | | |
|---|---|---|
| | | judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(jgo) (Entered: 09/24/2024) |
| 09/24/2024 | | Magistrate Judge Katharine H. Parker is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (jgo) (Entered: 09/24/2024) |
| 09/24/2024 | | Case Designated ECF. (jgo) (Entered: 09/24/2024) |
| 09/24/2024 | 5 | ELECTRONIC SUMMONS ISSUED as to Epic Systems Corporation..(jgo) (Entered: 09/24/2024) |
| 09/25/2024 | 6 | AFFIDAVIT OF SERVICE of Summons, Civil Cover Sheet, Complaint, Corporate Disclosure Statement Rule 7.1, ECF Filing Rule & Instructions, Judge Parker's Individual Rules, and Magistrate Judge Buchwald Individual Rules served on Epic Systems Corporation on 09/24/2024. Service was accepted by Jordan Corning, Deputy Legal Counsel. Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 09/25/2024) |
| 10/15/2024 | 7 | NOTICE OF APPEARANCE by Lauren Ann Moskowitz on behalf of Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 10/15/2024) |
| 10/15/2024 | 8 | NOTICE OF APPEARANCE by Margaret Thorner Segall on behalf of Epic Systems Corporation..(Segall, Margaret) (Entered: 10/15/2024) |
| 10/15/2024 | 9 | NOTICE OF APPEARANCE by Lauren Michelle Rosenberg on behalf of Epic Systems Corporation..(Rosenberg, Lauren) (Entered: 10/15/2024) |
| 10/15/2024 | 10 | NOTICE OF APPEARANCE by Madalyn G Vaughn on behalf of Epic Systems Corporation..(Vaughn, Madalyn) (Entered: 10/15/2024) |
| 10/15/2024 | 11 | NOTICE OF APPEARANCE by Lauren Reisig on behalf of Epic Systems Corporation..(Reisig, Lauren) (Entered: 10/15/2024) |
| 10/15/2024 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 10/15/2024) |
| 10/15/2024 | 13 | LETTER addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated October 15, 2024 re: Defendant's Pre-Motion Letter. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 10/15/2024) |
| 10/18/2024 | 14 | LETTER addressed to Judge Naomi Reice Buchwald from Adam Wolfson dated October 18, 2024 re: Defendant's letter dated October 15, 2024. Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 10/18/2024) |
| 10/18/2024 | 15 | NOTICE OF APPEARANCE by Lauren Noelle Beck on behalf of Particle Health Inc...(Beck, Lauren) (Entered: 10/18/2024) |
| 10/21/2024 | 16 | NOTICE OF APPEARANCE by Kathryn Delveaux Bonacorsi on behalf of Particle Health Inc...(Bonacorsi, Kathryn) (Entered: 10/21/2024) |
| 11/21/2024 | | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Conference held on 11/21/2024. (ade) (Entered: 12/03/2024) |
| 11/25/2024 | 17 | LETTER addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated November 25, 2024 re: Motion to Dismiss Briefing Schedule and Page Limits. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 11/25/2024) |

| | | |
|---|---|---|
| 11/26/2024 | 18 | MEMO ENDORSEMENT on re: 17 Letter filed by Epic Systems Corporation. ENDORSEMENT: The parties' application is granted with respect to both the briefing schedule and the requested page limits. SO ORDERED. (Motions due by 12/19/2024., Replies due by 1/24/2025., Responses due by 1/9/2025) (Signed by Judge Naomi Reice Buchwald on 11/26/2024) (sgz) (Entered: 11/26/2024) |
| 12/19/2024 | 19 | LETTER addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated December 19, 2024 re: Defendant's Motion to Dismiss. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 12/19/2024) |
| 12/19/2024 | 20 | MOTION to Dismiss *the Complaint*. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 12/19/2024) |
| 12/19/2024 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss *the Complaint*. . Document filed by Epic Systems Corporation. (Attachments: # 1 Appendix A).(Moskowitz, Lauren) (Entered: 12/19/2024) |
| 12/19/2024 | 22 | LETTER MOTION to Seal *Portions of Exhibit 3 to the Moskowitz Declaration* addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated December 19, 2024. Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 12/19/2024) |
| 12/19/2024 | 23 | DECLARATION of Lauren A. Moskowitz in Support re: 22 LETTER MOTION to Seal *Portions of Exhibit 3 to the Moskowitz Declaration* addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated December 19, 2024., 20 MOTION to Dismiss *the Complaint*.. Document filed by Epic Systems Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Moskowitz, Lauren) (Entered: 12/19/2024) |
| 12/19/2024 | 24 | ***SELECTED PARTIES***DECLARATION of Lauren A. Moskowitz in Support re: 22 LETTER MOTION to Seal *Portions of Exhibit 3 to the Moskowitz Declaration* addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated December 19, 2024., 20 MOTION to Dismiss *the Complaint*.. Document filed by All Parties. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 22 . (Moskowitz, Lauren) (Entered: 12/19/2024) |
| 01/03/2025 | 25 | NOTICE OF CHANGE OF ADDRESS by Kathryn Delveaux Bonacorsi on behalf of Particle Health Inc.. New Address: Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, New York, United States 10016, (212) 849-7000..(Bonacorsi, Kathryn) (Entered: 01/03/2025) |
| 01/03/2025 | 26 | NOTICE OF CHANGE OF ADDRESS by Lauren Noelle Beck on behalf of Particle Health Inc.. New Address: Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, New York, New York, United States 10016, (212) 849-7000..(Beck, Lauren) (Entered: 01/03/2025) |
| 01/09/2025 | 27 | LETTER RESPONSE in Opposition to Motion addressed to Judge Naomi Reice Buchwald from Adam B. Wolfson dated January 9, 2025 re: 20 MOTION to Dismiss *the Complaint*. . Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 01/09/2025) |
| 01/09/2025 | 28 | MEMORANDUM OF LAW in Opposition re: 20 MOTION to Dismiss *the Complaint*. . Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 01/09/2025) |
| 01/24/2025 | 29 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss *the Complaint*. . Document filed by Epic Systems Corporation..(Moskowitz, Lauren) (Entered: 01/24/2025) |
| 01/30/2025 | 30 | LETTER MOTION for Leave to File Sur-Reply Memorandum of Law addressed to Judge Naomi Reice Buchwald from Adam B. Wolfson dated January 30, 2025. Document filed |

| | | |
|---|---|---|
| | | by Particle Health Inc.. (Attachments: # 1 Exhibit - Proposed Sur-Reply).(Wolfson, Adam) (Entered: 01/30/2025) |
| 01/31/2025 | 31 | LETTER addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated January 31, 2025 re: Particle Health Inc.'s request for leave to file a sur-reply to Epic's Motion to Dismiss: ECF No. 30 .. Document filed by Epic Systems Corporation.. (Moskowitz, Lauren) (Entered: 01/31/2025) |
| 02/04/2025 | 32 | ORDER granting 30 Letter Motion for Leave to File Document. Application granted. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 2/4/2025) (tg) (Entered: 02/05/2025) |
| 02/05/2025 | 33 | REPLY MEMORANDUM OF LAW in Opposition re: 20 MOTION to Dismiss *the Complaint*. *(Sur-Reply)*. Document filed by Particle Health Inc...(Wolfson, Adam) (Entered: 02/05/2025) |
| 03/10/2025 | 34 | LETTER MOTION for Conference *re: Defendant's Pre-Motion Letter* addressed to Judge Naomi Reice Buchwald from Lauren A. Moskowitz dated March 10, 2025. Document filed by Epic Systems Corporation. (Attachments: # 1 Exhibit 1 - Email from L. Beck to M. Vaughn, A. Wolfson, et al., # 2 Exhibit 2 - Plaintiff's First Set of Requests to Defendant for Production of Documents and Things).(Moskowitz, Lauren) (Entered: 03/10/2025) |
| 03/11/2025 | 35 | LETTER addressed to Judge Naomi Reice Buchwald from Adam B. Wolfson dated March 11, 2025 re: Response to Defendants letter dated March 10, 2025. Document filed by Particle Health Inc.. (Attachments: # 1 Exhibit 1 Email from L. Beck to M. Vaughn, A. Wolfson, et al.,, # 2 Exhibit 2 Plaintiff's First Set of Requests to Defendant for Production of Documents).(Wolfson, Adam) (Entered: 03/11/2025) |
| 03/21/2025 | 36 | ENDORSED LETTER terminating 34 Letter Motion for Conference. ENDORSEMENT: The Court is in receipt of defendant's letter motion requesting that the Court enter on the docket an order confirming that discovery is stayed during the pendency of the motion to dismiss filed in the above-captioned matter, ECF No. 34, and plaintiffs letter response in opposition, ECF No. 35. In my almost forty-five years on the federal bench, I have never had a lawyer from a prominent law firm challenge the efficacy of an oral order. While there are certainly situations for which an oral order is insufficient, this is not one of them. When defendant raised its position that discovery should not commence while the motion to dismiss was pending, I stated in open court: "I agree with that." If counsel sought further clarification, that was the time to seek it. As you are no doubt well aware, discovery stays while potentially dispositive motions are pending in suits between competitors are the rule, not the exception. The Clerk of Court is respectfully directed to close the letter motion pending at ECF No. 34.. (Signed by Judge Naomi Reice Buchwald on 3/21/2025) (sgz) (Entered: 03/24/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2025 15:31:04 | | | |
| **PACER Login:** | csmpacer | **Client Code:** | 011507-00008-16928 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-07174-NRB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |