# Exhibit F



### 670 Commerce Dr, Woodbury, MN 55125 to Hudson, Wisconsin 54016

**Drive 9.7 miles, 14 min**



Map data ©2025 Google    5000 ft

| | via I-94 E | 14 min |
|---|---|---|
| | Fastest route, the usual traffic | 9.7 miles |

## Explore Hudson

 Restaurants    Hotels    Gas stations    Parking Lots    More