# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:25–cv–04108–MMC

| | |
|---|---|
| CureIS Healthcare, Inc. v. Epic Systems Corporation | Date Filed: 05/12/2025 |
| Assigned to: Judge Maxine M. Chesney | Date Terminated: 11/26/2025 |
| Demand: $10,000,000 | Jury Demand: Plaintiff |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**CureIS Healthcare, Inc.**   represented by   **Paulina Slagter**
Quinn Emanuel
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650–801–5079
Email: paulinaslagter@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Sadler Landes**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, 10th Floor
10th Floor
Los Angeles, CA 90017
213–443–3145
Fax: 213–443–3100
Email: ryanlandes@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Bryan Wolfson**
Quinn Emanuel Urquhart Sullivan LLP
865 S Figeuroa
Los Angeles, CA 90017
213–443–3000
Email: adamwolfson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Epic Systems Corporation**   represented by   **Lauren Ann Moskowitz**
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001
212–474–1000
Email: lmoskowitz@cravath.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Salcido**
Akin Gump Strauss Hauer & Feld LLP
4 Park Plaza
Suite 1900
Irvine, CA 92614
949–885–4100
Fax: 949–885–4101
Email: rsalcido@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren M Rosenberg**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: lrosenberg@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2025 | Ï 2 | Administrative Motion to File Under Seal filed by CureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Chris Sawotin, # 2 Proposed Order, # 3 Complaint (Sealed)(Wolfson, Adam) (Filed on 5/12/2025) (Entered: 05/13/2025) |
| 05/13/2025 | Ï 3 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/27/2025. (mbc, COURT STAFF) (Filed on 5/13/2025) (Entered: 05/13/2025) |
| 05/13/2025 | Ï 4 | COMPLAINT *(Corrected− Redacted, re: 1 )* against Epic Systems Corporation. Filed by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 5/13/2025) Modified on 5/13/2025 (hdj, COURT STAFF). (Entered: 05/13/2025) |
| 05/13/2025 | Ï 5 | **Order by Magistrate Judge Sallie Kim granting 2 Administrative Motion to File Under Seal. (bxl, COURT STAFF) (Filed on 5/13/2025) (Entered: 05/13/2025)** |
| 05/20/2025 | Ï 6 | WAIVER OF SERVICE Returned Executed filed by CureIS Healthcare, Inc.. Service waived by Epic Systems Corporation waiver sent on 5/15/2025, answer due 7/14/2025. (Wolfson, Adam) (Filed on 5/20/2025) (Entered: 05/20/2025) |
| 05/22/2025 | Ï 7 | NOTICE of Appearance filed by Robert Salcido on behalf of Epic Systems Corporation (Salcido, Robert) (Filed on 5/22/2025) (Entered: 05/22/2025) |

| | | |
|---|---|---|
| 05/22/2025 | 8 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−20707695.) filed by Epic Systems Corporation. (Attachments: # 1 Certificate of Good Standing)(Moskowitz, Lauren) (Filed on 5/22/2025) (Entered: 05/22/2025) |
| 05/22/2025 | 9 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−20708002.) filed by Epic Systems Corporation. (Attachments: # 1 Certificate of Good Standing)(Rosenberg, Lauren) (Filed on 5/22/2025) (Entered: 05/22/2025) |
| 05/22/2025 | 10 | **Order by Magistrate Judge Sallie Kim granting 8 Motion for Pro Hac Vice as to Lauren A. Moskowitz. (bxl, COURT STAFF) (Filed on 5/22/2025) (Entered: 05/22/2025)** |
| 05/22/2025 | 11 | **Order by Magistrate Judge Sallie Kim granting 9 Motion for Pro Hac Vice as to Lauren M. Rosenberg. (bxl, COURT STAFF) (Filed on 5/22/2025) (Entered: 05/22/2025)** |
| 05/22/2025 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Epic Systems Corporation.. (Moskowitz, Lauren) (Filed on 5/22/2025) (Entered: 05/22/2025) |
| 05/23/2025 | 13 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (bxl, COURT STAFF) (Filed on 5/23/2025) (Entered: 05/23/2025) |
| 05/23/2025 | 14 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Maxine M. Chesney. Magistrate Judge Sallie Kim no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*<br><br>(pjf, COURT STAFF) (Filed on 5/23/2025) (Entered: 05/23/2025) |
| 05/27/2025 | 15 | **ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT.** Signed by Judge Maxine M. Chesney on May 27, 2025. (mmclc1, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 5/27/2025) (Entered: 05/27/2025) |
| 05/27/2025 | 16 | **CASE MANAGEMENT SCHEDULING ORDER:**<br><br>Initial Case Management Conference set for 8/29/2025 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor.<br><br>Joint Case Management Statement due by 8/22/2025.<br><br>Signed by Judge Maxine M. Chesney on 5/27/2025.<br><br>(tl, COURT STAFF) (Filed on 5/27/2025) (Entered: 05/27/2025) |
| 05/28/2025 | 17 | NOTICE of Change of Address by Paulina Slagter (Slagter, Paulina) (Filed on 5/28/2025) (Entered: 05/28/2025) |
| 05/29/2025 | 18 | AFFIDAVIT of Service for So Ordered Case Management Conference Order by Hon. Maxine M. Chesney dated May 27, 2025, with Standing Orders served on Cravath, Swaine & Moore LLP, attn: Lauren A. Moskowitz on 05/28/2025, filed by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 5/29/2025) (Entered: 05/29/2025) |
| 06/04/2025 | 19 | Corporate Disclosure Statement by CureIS Healthcare, Inc. identifying Corporate Parent CureIS Healthcare, Inc. for CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 6/4/2025) (Entered: 06/04/2025) |
| 06/09/2025 | 20 | Corporate Disclosure Statement by Epic Systems Corporation (Moskowitz, Lauren) (Filed on 6/9/2025) (Entered: 06/09/2025) |
| 06/16/2025 | 21 | CLERK'S NOTICE – CONVERTING THE AUGUST 29, 2025 AT 10:30 AM – INITIAL CASE MANAGEMENT CONFERENCE – TO A ZOOM WEBINAR.<br><br>Initial Case Management Conference set for 8/29/2025 at 10:30 AM in San Francisco, – Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/mmc<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Initial Case Management Conference set for 8/29/2025 at 10:30 AM in San Francisco, – Videoconference Only.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*,. (tl, COURT STAFF) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/17/2025 | 22 | MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)* filed by Epic Systems Corporation. Motion Hearing set for 7/25/2025 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Responses due by 7/1/2025. Replies due by 7/8/2025. (Attachments: # 1 Declaration of Jennifer Peterson In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue, # 2 Declaration of Lauren A. Moskowitz In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, |

| | | |
|---|---|---|
| | | # 11 Proposed Order Granting Defendant's Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a))(Moskowitz, Lauren) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/17/2025 | 23 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Epic Systems Corporation. (Attachments: # 1 Exhibit Defendant's Notice of Motion and Motion to Transfer Venue to The Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) (Sealed), # 2 Exhibit Declaration of Jennifer Peterson In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue (Sealed), # 3 Exhibit Declaration of Lauren A. Moskowitz In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E (Sealed), # 6 Proposed Order on Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed)(Moskowitz, Lauren) (Filed on 6/17/2025) (Entered: 06/17/2025) |
| 06/24/2025 | 24 | Statement re 5 Order on Administrative Motion to File Under Seal, 23 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 6/24/2025) (Entered: 06/24/2025) |
| 06/30/2025 | 25 | MOTION to Unseal Document 4 Complaint filed by CureIS Healthcare, Inc. filed by Epic Systems Corporation. (Attachments: # 1 Declaration of Lauren A. Moskowitz In Support Of Defendant's Notice of Motion and Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Proposed Order Granting Defendant's Notice of Motion and Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint)(Moskowitz, Lauren) (Filed on 6/30/2025) (Entered: 06/30/2025) |
| 06/30/2025 | 26 | Second Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Epic Systems Corporation. (Attachments: # 1 Exhibit Defendant's Notice of Motion and Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint (Sealed), # 2 Exhibit Declaration of Lauren A. Moskowitz In Support of Defendant's Notice of Motion and Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint (Sealed), # 3 Exhibit A (Sealed), # 4 Exhibit B (Sealed), # 5 Exhibit C (Sealed), # 6 Exhibit D (Sealed), # 7 Exhibit E (Sealed), # 8 Exhibit F (Sealed), # 9 Exhibit G (Sealed), # 10 Exhibit H (Sealed), # 11 Exhibit I (Sealed), # 12 Exhibit J (Sealed), # 13 Proposed Order on Defendant's Second Administrative Motion to Consider Whether Another Party's Material Should be Sealed)(Moskowitz, Lauren) (Filed on 6/30/2025) (Entered: 06/30/2025) |
| 06/30/2025 | 27 | Response re 24 Statement, *Plaintiff's Sealing Statement Regarding Documents Submitted With Defendant's Motion to Transfer Venue Pursuant to Local Rules 70−5(F)(3) and 79(C)(1)* by Epic Systems Corporation. (Moskowitz, Lauren) (Filed on 6/30/2025) (Entered: 06/30/2025) |
| 07/01/2025 | 28 | OPPOSITION/RESPONSE (re 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)* ) filed byCureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Christopher Sawotin, # 2 Declaration of Paulina K. Slagter, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13)(Wolfson, Adam) (Filed on 7/1/2025) **Locked per filer's request.** Modified on 7/2/2025 (ddk, COURT STAFF). (Entered: 07/01/2025) |
| 07/01/2025 | 29 | Administrative Motion to File Under Seal *Portions of Plaintiff's Opposition to Defendant's Motion to Transfer Venue* filed by CureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Christopher Sawotin in Support of Admin Motion to Seal, # 2 Opposition to Defendant Epic Systems Corporation's Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) (Sealed), # 3 Declaration of Christopher Sawotin in Support of Opposition to Transfer (Sealed), # 4 Declaration of Paulina K. Slagter in Support of Opposition to Transfer (Sealed), # 5 Exhibit 1 (Sealed), # 6 Exhibit 9 (Sealed), # 7 Exhibit 11 (Sealed), # 8 Exhibit 12 (Sealed), # 9 Proposed Order)(Wolfson, Adam) (Filed on 7/1/2025) (Entered: 07/01/2025) |

| | | |
|---|---|---|
| 07/02/2025 | 30 | OPPOSITION/RESPONSE (re 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)* ) *(Corrected)* filed byCureIS Healthcare, Inc.. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Wolfson, Adam) (Filed on 7/2/2025) (Entered: 07/02/2025) |
| 07/03/2025 | 31 | **CLERK'S NOTICE – Please be advised that motions not taken under submission require an in−person appearance by counsel.**<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (tl, COURT STAFF) (Filed on 7/3/2025) (Entered: 07/03/2025) |
| 07/03/2025 | 32 | STIPULATION WITH PROPOSED ORDER re 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)*, 26 Second Administrative Motion to Consider Whether Another Party's Material Should Be Sealed *(Joint Stipulation Regarding Filing Amended Complaint, Response Deadline, and Request to Extend Deadlines)* filed by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 7/3/2025) (Entered: 07/03/2025) |
| 07/07/2025 | 33 | **ORDER APPROVING JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT, RESPONSE DEADLINE, AND REQUESTS TO EXTEND DEADLINES.** Defendant shall file its reply in support of its Motion to Transfer on or before July 10, 2025, and the Motion to Transfer hearing scheduled for July 25, 2025 is continued to August 8, 2025. Plaintiff shall file its opposition to Defendant's Motion to Unseal on or before July 18, 2025, and Defendant shall file its reply in support of its Motion to Unseal on or before July 25, 2025. Plaintiff shall file its Amended Complaint on or before July 14, 2025. Defendant shall file its Motion to Dismiss on or before September 12, 2025, Plaintiff shall file its opposition to Defendant's Motion to Dismiss on or before October 27, 2025, Defendant shall file its reply in support of its Motion to Dismiss on or before November 17, 2025, and the Motion to Dismiss hearing shall be noticed for December 5, 2025. Signed by Judge Maxine M. Chesney on July 7, 2025. (mmclc1, COURT STAFF) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 |  | Set/Reset Deadlines as to 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a).*, Set/Reset Deadlines as to 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a).*, Set/Reset Deadlines: Reply due by 7/10/2025. Motion Hearing set for 8/8/2025 09:00 AM in San Francisco, Courtroom 07, 19th Floor before Judge Maxine M. Chesney. Amended Pleadings due by 7/14/2025. Defendant's Motion to Dismiss due by 9/12/2025. (tl, COURT STAFF) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/07/2025 | 34 | OPPOSITION/RESPONSE (re 29 Administrative Motion to File Under Seal *Portions of Plaintiff's Opposition to Defendant's Motion to Transfer Venue* ) filed byEpic Systems Corporation. (Attachments: # 1 Proposed Order on Plaintiff CureIS Healthcare, Inc's Administrative Motion for Leave to File Under Seal Portions of Plaintiff's Opposition to Defendant's Motion to Transfer Venue)(Moskowitz, Lauren) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/10/2025 | 35 | REPLY (re 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)* ) filed byEpic Systems Corporation. (Moskowitz, Lauren) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 07/10/2025 | 36 | Third Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Epic Systems Corporation. (Attachments: # 1 Exhibit Defendant's Reply In Support of Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a) (Sealed), # 2 Proposed Order on Defendant's Third Administrative Motion to Consider Whether Another Party's Material Should be Sealed)(Moskowitz, Lauren) (Filed on 7/10/2025) (Entered: 07/10/2025) |
| 07/14/2025 | 37 | **\*\*\* DOCUMENT LOCKED AT FILER'S REQUEST. PLEASE SEE DOCKET # 39 \*\*\*** AMENDED COMPLAINT */ First Amended Complaint* against Epic Systems Corporation. Filed by CureIS Healthcare, Inc.. (Slagter, Paulina) (Filed on 7/14/2025) Modified on 7/15/2025 (ewn, COURT STAFF). (Entered: 07/14/2025) |

| | | |
|---|---|---|
| 07/14/2025 | 38 | Administrative Motion to File Under Seal *Partially Portions of Plaintiff's First Amended Complaint* filed by CureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Christopher Sawotin, # 2 Exhibit A – First Amended Complaint (Sealed), # 3 Proposed Order)(Slagter, Paulina) (Filed on 7/14/2025) (Entered: 07/15/2025) |
| 07/15/2025 | 39 | **\*\*\* DOCUMENT LOCKED AT FILER'S REQUEST. DOCUMENT TO BE REFILED LATER. \*\*\***<br>AMENDED COMPLAINT *(Correction of Docket No. 37)* against Epic Systems Corporation. Filed by CureIS Healthcare, Inc.. (Slagter, Paulina) (Filed on 7/15/2025) Modified on 7/15/2025 (ewn, COURT STAFF). (Entered: 07/15/2025) |
| 07/15/2025 | 40 | AMENDED COMPLAINT against Epic Systems Corporation. Filed by CureIS Healthcare, Inc.. (Slagter, Paulina) (Filed on 7/15/2025) (Entered: 07/15/2025) |
| 07/18/2025 | 41 | OPPOSITION/RESPONSE (re 38 Administrative Motion to File Under Seal *Partially Portions of Plaintiff's First Amended Complaint* ) filed byEpic Systems Corporation. (Attachments: # 1 Proposed Order on Plaintiff CureIS Healthcare, Inc's Administrative Motion for Leave to File Partially Under Seal Portions of Plaintiff's First Amended Complaint)(Moskowitz, Lauren) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | 42 | OPPOSITION/RESPONSE (re 25 MOTION to Unseal Document 4 Complaint filed by CureIS Healthcare, Inc. ) filed byCureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Christopher Sawotin, # 2 Proposed Order)(Wolfson, Adam) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/18/2025 | 43 | Administrative Motion to File Under Seal *Portions of Plaintiff's Opposition to Epic's Motion to Unseal* filed by CureIS Healthcare, Inc.. (Attachments: # 1 Declaration of Christopher Sawotin, # 2 Proposed Order, # 3 Exhibit A (Sealed), # 4 Exhibit B (Sealed)(Wolfson, Adam) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/23/2025 | 44 | Statement re 41 Opposition/Response to Motion, */ Plaintiff's Sealing Statement in Response to Defendant's Opposition to CureIS's Administrative Motion for Leave to File Partially Under Seal Portions of Plaintiff's First Amended Complaint* by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 7/23/2025) (Entered: 07/23/2025) |
| 07/25/2025 | 45 | **ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS.** Signed by Judge Maxine M. Chesney on July 25, 2025. (mmclc1, COURT STAFF) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 46 | REPLY (re 25 MOTION to Unseal Document 4 Complaint filed by CureIS Healthcare, Inc. ) filed byEpic Systems Corporation. (Moskowitz, Lauren) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 07/25/2025 | 47 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Epic Systems Corporation. (Attachments: # 1 Exhibit Defendant's Reply in Support of Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint (Sealed), # 2 Proposed Order on Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed)(Moskowitz, Lauren) (Filed on 7/25/2025) (Entered: 07/25/2025) |
| 08/01/2025 | 48 | Statement re 47 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed by CureIS Healthcare, Inc.. (Attachments: # 1 Proposed Order on Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed)(Wolfson, Adam) (Filed on 8/1/2025) (Entered: 08/01/2025) |
| 08/04/2025 | 49 | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE AND MOTION TO PARTIALLY UNSEAL COMPLAINT.** Signed by Judge Maxine M. Chesney on August 4, 2025. (mmclc1, COURT STAFF) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/07/2025 | 50 | |

| | | |
|---|---|---|
| | | Response re 48 Statement, *Defendant's Response to Plaintiff's Sealing Statement in Response to Defendant's Administrative Motion to Consider Whether Another Party's Material Should be Sealed* by Epic Systems Corporation. (Moskowitz, Lauren) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/08/2025 | 51 | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO PARTIALLY UNSEAL COMPLAINT.** CureIS is directed to file, within seven days of the date of this Order, a revised redacted version of the Complaint. Signed by Judge Maxine M. Chesney on August 8, 2025. (mmclc1, COURT STAFF) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/08/2025 | 52 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Wolfson, Adam) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/08/2025 | 53 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Moskowitz, Lauren) (Filed on 8/8/2025) (Entered: 08/08/2025) |
| 08/11/2025 | 54 | **ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL; DIRECTIONS TO PARTIES.** Signed by Judge Maxine M. Chesney on August 11, 2025. (mmclc1, COURT STAFF) (Filed on 8/11/2025) (Entered: 08/11/2025) |
| 08/15/2025 | 55 | COMPLAINT *(Redacted re Dkt. No. 4 Complaint)* against Epic Systems Corporation. Filed by CureIS Healthcare, Inc.. (Wolfson, Adam) (Filed on 8/15/2025) (Entered: 08/15/2025) |
| 08/18/2025 | 56 | AMENDED DOCUMENT by Epic Systems Corporation. Amendment to 22 MOTION to Transfer Case *to Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)* . (Attachments: # 1 Exhibit Declaration of Jennifer Peterson In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue, # 2 Exhibit Declaration of Lauren A. Moskowitz In Support of Defendant Epic Systems Corporation's Motion to Transfer Venue, # 3 Exhibit D, # 4 Exhibit E)(Moskowitz, Lauren) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 57 | AMENDED DOCUMENT by Epic Systems Corporation. *Amendment to 25 MOTION to Unseal Document 4 Complaint filed by CureIS Healthcare, Inc.*. (Attachments: # 1 Exhibit Declaration of Lauren A. Moskowitz In Support of Defendant's Notice of Motion and Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Moskowitz, Lauren) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 58 | AMENDED DOCUMENT by Epic Systems Corporation. Amendment to 35 Reply to Opposition/Response *in Support of Motion to Transfer Venue to the Western District of Wisconsin Pursuant to 28 U.S.C. § 1404(a)*. (Moskowitz, Lauren) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 59 | AMENDED DOCUMENT by Epic Systems Corporation. Amendment to 46 Reply to Opposition/Response *in Support of Motion to Partially Unseal CureIS Healthcare, Inc.'s Complaint*. (Moskowitz, Lauren) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 60 | AMENDED DOCUMENT by CureIS Healthcare, Inc.. *Amendment to 28 Opposition/Response to Motion to Transfer Venue*. (Attachments: # 1 Declaration of Christopher Sawotin − Amendment to Dkt. No. [28−1], # 2 Declaration of Paulina K. Slagter − Amendment to Dkt. No. [28−2], # 3 Exhibit 1 − Amendment to Dkt. No. [28−3], # 4 Exhibit 9 − Amendment to Dkt. No. [28−11])(Wolfson, Adam) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 61 | AMENDED DOCUMENT by CureIS Healthcare, Inc.. *Amendment to 40 First Amended Complaint*. (Wolfson, Adam) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/18/2025 | 62 | AMENDED DOCUMENT by CureIS Healthcare, Inc.. *Amendment to 42 Opposition to Motion to Unseal*. (Attachments: # 1 Declaration of Christopher Sawotin − Amendment to Dkt. No. [42−1])(Wolfson, Adam) (Filed on 8/18/2025) (Entered: 08/18/2025) |

| Date | # | Description |
|---|---|---|
| 08/19/2025 | 63 | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE.** The Case Management Conference currently scheduled for August 29, 2025, is continued to October 24, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than October 17, 2025. Signed by Judge Maxine M. Chesney on August 19, 2025. (mmclc1, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/19/2025 | Ï | Set/Reset Deadlines:, Set/Reset Hearing re 63 Order, Joint Case Management Statement due by 10/17/2025. Initial Case Management Conference reset to 10/24/2025 at 10:30 AM in San Francisco, Courtroom 07, 19th Floor. (tl, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/25/2025 | 64 | CLERK'S NOTICE – CONVERTING THE OCTOBER 24, 2025, AT 10:30 AM – INITIAL CASE MANAGEMENT CONFERENCE – TO A ZOOM WEBINAR.<br><br>Initial Case Management Conference set for 10/24/2025 at 10:30 AM in San Francisco, – Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/mmc<br><br>**Civ LR 77−3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Initial Case Management Conference set for 10/24/2025 at 10:30 AM in San Francisco, – Videoconference Only.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*,. (tl, COURT STAFF) (Filed on 8/25/2025) (Entered: 08/25/2025) |
| 08/28/2025 | 65 | ADMINISTRATIVE MOTION *for Leave to File Motion In Excess of Page Limits* filed by Epic Systems Corporation. Responses due by 9/2/2025. (Attachments: # 1 Declaration of Lauren A. Moskowitz In Support of Defendant Epic Systems Corporation's Administrative Motion for Leave to File Motion In Excess of Page Limits, # 2 Proposed Order on Defendant Epic Systems Corporation's Administrative Motion for Leave to File Motion in Excess of Page Limits)(Moskowitz, Lauren) (Filed on 8/28/2025) (Entered: 08/28/2025) |
| 09/02/2025 | 66 | OPPOSITION/RESPONSE (re 65 ADMINISTRATIVE MOTION *for Leave to File Motion In Excess of Page Limits* ) filed byCureIS Healthcare, Inc.. (Attachments: # 1 Proposed Order Denying Defendant Epic Systems Corporation's Administrative Motion For Leave To File Motion In Excess Of Page Limits)(Wolfson, Adam) (Filed on 9/2/2025) (Entered: 09/02/2025) |
| 09/05/2025 | 67 | **ORDER VACATING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; DEFERRING RULING ON DEFENDANT'S ADMINISTRATIVE MOTION.** Signed by Judge Maxine M. Chesney on September 5, 2025. (mmclc1, COURT STAFF) (Filed on 9/5/2025) (Entered: 09/05/2025) |
| 10/15/2025 | 68 | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE.** The Case Management Conference currently scheduled for October 24, 2025, is continued to December 19, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than December 12, 2025. Signed by Judge Maxine M. Chesney on October 15, 2025. (mmclc1, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/15/2025 | Ï | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines:, Set/Reset Hearing re 68 Order, Joint Case Management Statement due by 12/12/2025. Initial Case Management Conference reset to 12/19/2025 at 10:30 AM in San Francisco, – Videoconference Only. (tl, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/15/2025) |
| 10/21/2025 | 69 | CLERK'S NOTICE – DECEMBER 19, 2025, AT 10:30 AM – INITIAL CASE MANAGEMENT CONFERENCE – TO BE HELD BY ZOOM WEBINAR.<br><br>Initial Case Management Conference set for 12/19/2025 at 10:30 AM in San Francisco, – Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/mmc<br><br>**Civ LR 77–3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Initial Case Management Conference set for 12/19/2025 at 10:30 AM in San Francisco, – Videoconference Only.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*,. (tl, COURT STAFF) (Filed on 10/21/2025) (Entered: 10/21/2025) |
| 11/26/2025 | 70 | **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE TO WESTERN DISTRICT OF WISCONSIN.** Signed by Judge Maxine M. Chesney on November 26, 2025. (mmclc1, COURT STAFF) (Filed on 11/26/2025) (Entered: 11/26/2025) |
| 12/02/2025 | 71 | Emailed ECF to transfer case (hdj, COURT STAFF) (Filed on 12/2/2025) (Entered: 12/02/2025) |