UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Epic Systems Corporation, <br><br> Defendant. | Civil Action No. 3:25-cv-00991-JDP |

**DEFENDANT EPIC SYSTEMS CORPORATION'S
MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Epic Systems Corporation hereby moves to dismiss Plaintiff CureIS Healthcare, Inc.'s First Amended Complaint (Dkt. No. 37) in its entirety with prejudice. This Motion is supported by the accompanying Memorandum of Law filed herewith.

Dated:  December 19, 2025

Respectfully submitted,

By:   <u>Lauren A. Moskowitz</u>

Lauren A. Moskowitz
Michael P. Addis
**Cravath, Swaine & Moore LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
lmoskowitz@cravath.com
maddis@cravath.com

Matthew J. Duchemin
Bryce A. Loken
**Quarles & Brady LLP**
33 East Main Street, Suite 900
Madison, WI 53703
Telephone:  (608) 251-5000
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Defendant Epic Systems Corporation*