# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Epic Systems Corporation, <br><br> Defendant. | Civil Action No. 3:25-cv-00991-JDP |

## DEFENDANT EPIC SYSTEMS CORPORATION'S
## MOTION TO STAY DISCOVERY

Defendant Epic Systems Corporation ("Epic") hereby moves this Court for entry of an Order staying discovery in this action until the Court rules on Epic's pending motion to dismiss Plaintiff CureIS Healthcare, Inc.'s First Amended Complaint in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 81). This Motion is supported by the accompanying Memorandum of Law and Declaration of Lauren A. Moskowitz, with exhibits, filed herewith.

Dated: December 19, 2025

Respectfully submitted,

By: <u>*Lauren A. Moskowitz*</u>

Lauren A. Moskowitz
Michael P. Addis
**Cravath, Swaine & Moore LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
lmoskowitz@cravath.com
maddis@cravath.com

Matthew J. Duchemin
Bryce A. Loken
**Quarles & Brady LLP**
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Defendant Epic Systems Corporation*