UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CureIS Healthcare, Inc., | |
| Plaintiff, | |
| vs. | Civil Action No. 3:25-cv-00991-JDP |
| Epic Systems Corporation, | |
| Defendant. | |

**DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION FOR
LEAVE TO FILE UNDER SEAL**

Defendant Epic Systems Corporation ("Epic") respectfully requests leave to file under seal portions of (1) Epic's Memorandum of Law In Support of Its Motion to Dismiss (Dkt. No. 81); (2) Epic's Memorandum of Law In Support of Its Motion to Stay Discovery (Dkt. No. 84); (3) the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. No. 86); and (4) Exhibit A, Exhibit B, and Exhibit C to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. Nos. 86-1, 86-2, 86-3). Pursuant to Administrative Order 337 of the Western District of Wisconsin, filings may only be sealed if done pursuant to a protective order previously entered by the Court or a contemporaneous motion to seal. Given that the parties have not entered into a protective order at this time, Epic files this contemporaneous motion to seal. In so doing, Epic does not concede that any portion of the aforementioned documents should be sealed or designated as confidential and reserves all rights.

Epic identifies two bases for sealing. *First*, as to Epic's Memorandum of Law In Support of Its Motion to Dismiss (Dkt. No. 81), and Exhibit B and Exhibit C to the Declaration of

Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. Nos. 86-2, 86-3), these documents each reference information that has previously been ordered sealed in this action by the District Court for the Northern District of California (the "N.D. Cal. Court"). Specifically, prior to this action being transferred from the N.D. Cal. Court to this Court pursuant to 28 U.S.C. § 1404(a), the parties briefed whether the names of certain actual or potential customers identified in Plaintiff CureIS Healthcare, Inc.'s ("CureIS") First Amended Complaint (Dkt. No. 37) and in other related filings should remain sealed. (*See, e.g.*, Dkt. Nos. 38, 41.) On August 8, 2025, the N.D. Cal. Court ordered unsealed the names of certain CureIS customers that CureIS had, on prior occasion, disclosed publicly—including Advocate, Sharp, and Sutter Health—but held that the names of CureIS's undisclosed customers referenced in this action should remain sealed. (Dkt. No. 51 at 3; *see also* Dkt. No. 54.) Because names and employees of these sealed CureIS customers are identified in Epic's Memorandum of Law In Support of Its Motion to Dismiss, and in Exhibit B and Exhibit C to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery, Epic respectfully requests that this Court seal those references, consistent with the N.D. Cal. Court's prior order.[1]

*Second*, as to Epic's Memorandum of Law In Support of Its Motion to Stay Discovery (Dkt. No. 84) and the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. No. 86), both reference a document, included as Exhibit A to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. Nos. 86-1), that CureIS designated as "CONFIDENTIAL". Consistent with CureIS's designation, Epic

---

[1] Exhibit B to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery also contains certain information related to CureIS's undisclosed customers that CureIS designated as "ATTORNEYS' EYES ONLY".

respectfully requests that the Court seal the portions of its filings referencing this document and the document itself.

Dated:  December 19, 2025

Respectfully submitted,

By:   <u>Lauren A. Moskowitz</u>

Lauren A. Moskowitz
Michael P. Addis
**Cravath, Swaine & Moore LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
lmoskowitz@cravath.com
maddis@cravath.com

Matthew J. Duchemin
Bryce A. Loken
**Quarles & Brady LLP**
33 East Main Street, Suite 900
Madison, WI 53703
Telephone:  (608) 251-5000
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Defendant Epic Systems Corporation*