**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| CureIS Healthcare, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Epic Systems Corporation <br><br> *Defendant.* | Case No. 3:25-cv-00991-JDP |

**PLAINTIFF CUREIS HEALTHCARE, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff CureIS Healthcare, Inc. ("CureIS") respectfully requests a ten-day extension of the briefing schedule for Defendant Epic Systems Corporation's ("Epic") Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 80. As grounds for this request, CureIS states as follows:

1. CureIS originally filed this Action in the United States District Court for the Northern District of California on May 12, 2025. ECF No. 1.  CureIS filed the First Amended Complaint (ECF No. 37) on July 15, 2025.

2. On June 17, 2025, Epic filed a motion to transfer venue to the Western District of Wisconsin. ECF No. 22.

3. On July 3, 2025, the parties filed a joint stipulation in the Northern District of California setting a briefing schedule for a motion to dismiss, with Epic's motion due September 12, 2025. ECF No. 32. On September 5, 2025, the court in the

Northern District of California vacated that deadline. ECF No. 67. No motion to dismiss was filed in the Northern District of California.

4.     On November 26, 2025, the court in the Northern District of California granted Defendant's Motion to Transfer Venue to the Western District of Wisconsin. ECF No. 70. The case was transferred and received by this Court on December 3, 2025. ECF No. 72.

5.     On December 19, 2025, Epic filed its Motion to Dismiss the First Amended Complaint (the "Motion").  ECF No. 80.

6.     CureIS's response to Epic's Motion to Dismiss is currently <u>due on January 9, 2026</u>, which is directly after the end-of-year holidays, and Epic's reply would be <u>due on January 20, 2026</u>.

7.     The Motion is accompanied by a 46-page brief that seeks dismissal of all seven counts of the First Amended Complaint: Count I (Tortious Interference with Contractual Relations), Count II (Tortious Interference with Prospective Business Relations), Count III (Trade Libel), Count IV (Defend Trade Secrets Act), Count V (Lanham Act), Count VI (Unfair Competition under Cal. Bus. Prof. Code § 17200), and Count VII (False Advertising under Cal. Bus. Prof. Code § 17500). ECF No. 80–81.  Although CureIS does not believe any of Epic's arguments has merit, Defendant raises myriad legal arguments that require substantial work by CureIS to prepare a response.

8.     On December 10, 2025, counsel for CureIS conferred with counsel for Epic, who confirmed that Epic does not oppose the extension requested herein.

1

9.       This is CureIS's first request for an extension of time to respond to Epic's Motion to Dismiss. This extension is not sought for purposes of delay, and no party is prejudiced by this request. For all of these reasons, CureIS respectfully requests that the Court extend the briefing deadlines for both parties by ten days, detailed below:

| Motion to Dismiss Briefing Deadlines | Current | Proposed |
|---|---|---|
| Plaintiff's Response | January 9, 2026 | January 20, 2026 |
| Defendant's Reply | January 20, 2026 | January 30, 2026 |

Dated:  December 18, 2025                                Respectfully submitted,


By: */s/ Joseph H. Margolies*

Stephen P. Hurley                              Joseph H. Margolies
Andrew W. Erlandson                        **Quinn Emanuel Urquhart & Sullivan, LLP**
Catherine E. White                             191 N. Wacker Drive, Suite 2700
**Hurley Burish, S.C.**                         Chicago, IL 60606
33 East Main Street, Suite 400           Tel: 312.705.7400
Madison, WI 53703                            Fax: 312.705.7401
Tel: 608.257.0945
Fax: 608.257.5764

Adam Wolfson (*admission pending*)
Ryan Landes (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S Figueroa Street
Los Angeles, CA 90017
Tel: 213.443.3000
Fax: 213.443.3100

Paulina Slagter (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100

*Attorneys for Plaintiff*