**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| CureIS Healthcare, Inc., )<br><br>*Plaintiff*, )<br><br>v. )<br><br>Epic Systems Corporation, )<br><br>*Defendant*. ) | Case No. 3:25-cv-00991-JDP |

**PLAINTIFF CUREIS HEALTHCARE, INC'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY**

Plaintiff CureIS Healthcare, Inc. ("CureIS") respectfully requests a seven-day extension to respond to Defendant Epic Systems Corporation's ("Epic") Motion to Stay Discovery, ECF No. 83, from the current deadline of December 26, 2025 to January 2, 2026.  Epic does not oppose the requested extension. As grounds for this request, Plaintiff states as follows:

1.    CureIS originally filed this Action in the United States District Court for the Northern District of California on May 12, 2025. ECF No. 1.  CureIS filed the First Amended Complaint (ECF No. 37) on July 15, 2025.

2.    On June 17, 2025, Epic filed a motion to transfer venue to Western District of Wisconsin.  ECF No. 22.

3.    On November 26, 2025, the court in the Northern District of California granted Defendant's Motion to Transfer Venue to the Western District of Wisconsin. ECF No. 70. The case was transferred and received by this Court on December 3, 2025, ECF No. 72.

1

4.      On December 19, 2025, Epic filed a Motion to Stay Discovery.  ECF No. 83.

5.      CureIS's response to Epic's Motion to Stay Discovery is currently due on December 26, 2026, the day after Christmas.

6.      On December 22, 2025, counsel for CureIS conferred with counsel for Epic, who confirmed that Epic does not oppose this motion for extension.

7.      This is CureIS's first request for an extension of time to respond to Epic's Motion to Stay Discovery. This extension is not sought for purposes of delay, and no party is prejudiced by this request. For all of these reasons, CureIS respectfully requests that the Court extend the deadline for response, as detailed below:

| Motion to Stay Deadline | Current | Proposed |
|---|---|---|
| Plaintiff's Response | December 26, 2025 | January 2, 2026 |

2

Dated:  December 22, 2025

By: */s/ Joseph H. Margolies*

Stephen P. Hurley
Andrew W. Erlandson
Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, Suite 400
Madison, WI 53703
Tel: 608.257.0945
Fax: 608.257.5764

Respectfully submitted,

Joseph H. Margolies
**Quinn Emanuel Urquhart & Sullivan, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401

Adam Wolfson (*admission pending*)
Ryan Landes (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S Figueroa Street
Los Angeles, CA 90017
Tel: 213.443.3000
Fax: 213.443.3100

Paulina Slagter (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100

*Attorneys for Plaintiff*