# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| CureIS Healthcare, Inc., | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 3:25-cv-00991-JDP<br>)<br>) |
| Epic Systems Corporation | )<br>) |
| *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF
## PLAINTIFF CUREIS HEALTHCARE INC.'S OPPOSITION TO DEFENDANT
## EPIC SYSTEM CORPORATION'S MOTION TO STAY DISCOVERY

## DECLARATION OF ADAM B. WOLFSON

I, Adam Wolfson, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff CureIS Healthcare, Inc. I made this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of CureIS's Opposition to Defendant Epic Systems Corporation's Motion to Stay Discovery filed on December 19, 2025. Dkt. 83.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between counsel for CureIS and counsel for Epic, dated August 25, 2025 to September 12, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Epic's Objections and Responses to CureIS's First Set of RFPs, served on December 10, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a discovery letter, dated September 18, 2025 and filed at Dkt. 45 in *Particle Health Inc. v. Epic Sys. Corp.*, 1:24-cv-07174-NRB (S.D.N.Y.).

6. Attached hereto as **Exhibit 4** is a true and correct copy of a discovery letter, dated October 22, 2025 and filed at Dkt. 50 in *Particle Health Inc. v. Epic Sys. Corp.*, 1:24-cv-07174-NRB (S.D.N.Y.).

7. Attached hereto as **Exhibit 5** is a true and correct copy of a discovery letter, dated December 15, 2025 and filed at Dkt. 57 in *Particle Health Inc. v. Epic Sys. Corp.*, 1:24-cv-07174-NRB (S.D.N.Y.).

I declare, under penalty of perjury, that the foregoing is true and correct.

2

DATED:  January 5, 2026

By  */s/ Adam B. Wolfson*
　　　Adam B. Wolfson