# EXHIBIT 1

**Paula Gonzalez**

| | |
|---|---|
| **From:** | Madalyn Vaughn <mvaughn@cravath.com> |
| **Sent:** | Friday, September 12, 2025 4:14 PM |
| **To:** | Julian Jiggetts; Paula Gonzalez; Adam Wolfson; Paulina Slagter |
| **Cc:** | QE-CureIS-Epic; Lauren Moskowitz; Michael Addis; Caitie Bailey; Jonathan Sarnoff |
| **Subject:** | RE: CureIS v. Epic | CureIS's First Set of RFPs |

[EXTERNAL EMAIL from mvaughn@cravath.com]



Counsel:

Without prejudice to Epic's right to file a motion to stay and its position that discovery should be stayed in its entirety pending Epic's forthcoming motion to dismiss, Epic agrees to CureIS's proposal and will serve R&Os to CureIS's RFPs either (1) within 7 days of the case being assigned to a new court if the motion to transfer is granted; or (2) within 7 days of a denial of the motion to transfer or on September 24, whichever is later.

Best,
Madalyn

**Madalyn Vaughn**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1328
mvaughn@cravath.com

**From:** Julian Jiggetts <julianjiggetts@quinnemanuel.com>
**Sent:** Wednesday, September 10, 2025 4:41 PM
**To:** Madalyn Vaughn <mvaughn@cravath.com>; Paula Gonzalez <paulagonzalez@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Paulina Slagter <paulinaslagter@quinnemanuel.com>
**Cc:** QE-CureIS-Epic <qe-cureis-epic@quinnemanuel.com>; Lauren Moskowitz <LMoskowitz@cravath.com>; Michael Addis <maddis@cravath.com>; Caitie Bailey <cbailey@cravath.com>; Jonathan Sarnoff <jsarnoff@cravath.com>
**Subject:** RE: CureIS v. Epic | CureIS's First Set of RFPs

Counsel,

CureIS is currently entitled to pursue discovery in full. As a professional courtesy and to avoid burdening the Court, we are willing to offer this compromise. If the Court denies the transfer motion, there is no reason to further delay discovery here. If it grants the motion, Epic will have even more time to respond due to the procedures involved in transferring the case. Either way, 7 days should be more than adequate. These are RFPs; not interrogatories.

To clarify, if the Court denies the motion this month, CureIS agrees that Epic would have until the later of September 24 or 7 days after the decision.

Thanks,
Julian

**Julian Jiggetts**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
*Admitted in the District of Columbia and New York; Pending Admission in Illinois*
191 N. Wacker Drive Suite 2700
Chicago, IL 60606
312-705-7466 Direct
312.705.7400 Main Office Number
312.705.7401 FAX
julianjiggetts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Madalyn Vaughn <mvaughn@cravath.com>
**Sent:** Wednesday, September 10, 2025 2:24 PM
**To:** Julian Jiggetts <julianjiggetts@quinnemanuel.com>; Paula Gonzalez <paulagonzalez@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Paulina Slagter <paulinaslagter@quinnemanuel.com>
**Cc:** QE-CureIS-Epic <qe-cureis-epic@quinnemanuel.com>; Lauren Moskowitz <LMoskowitz@cravath.com>; Michael Addis <maddis@cravath.com>; Caitie Bailey <cbailey@cravath.com>; Jonathan Sarnoff <jsarnoff@cravath.com>
**Subject:** RE: CureIS v. Epic | CureIS's First Set of RFPs

[EXTERNAL EMAIL from mvaughn@cravath.com]

Counsel:

Without prejudice to Epic's position that discovery should be stayed in its entirety pending Epic's forthcoming motion to dismiss and its right to file a motion to stay, Epic agrees to CureIS's proposal subject to CureIS's agreement that, absent a stay, the response period be 14 days instead of 7 days. Please confirm whether CureIS agrees.

Best,
Madalyn

**Madalyn Vaughn**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1328
mvaughn@cravath.com

**From:** Julian Jiggetts <julianjiggetts@quinnemanuel.com>
**Sent:** Tuesday, September 9, 2025 9:47 PM
**To:** Madalyn Vaughn <mvaughn@cravath.com>; Paula Gonzalez <paulagonzalez@quinnemanuel.com>; Adam Wolfson

<adamwolfson@quinnemanuel.com>; Paulina Slagter <paulinaslagter@quinnemanuel.com>
**Cc:** QE-CureIS-Epic <qe-cureis-epic@quinnemanuel.com>; Lauren Moskowitz <LMoskowitz@cravath.com>; Michael Addis <maddis@cravath.com>; Caitie Bailey <cbailey@cravath.com>; Jonathan Sarnoff <jsarnoff@cravath.com>
**Subject:** RE: CureIS v. Epic | CureIS's First Set of RFPs

Counsel:

We can agree to hold Epic's responses to CureIS's First Set of RFPs in abeyance pending resolution of the transfer motion, as you propose.

However, to ensure the case moves forward efficiently once the motion is resolved, we propose that Epic respond within 7 days of either: (1) denial of the transfer motion, or (2) the date the case is assigned to the new court if the motion to transfer is granted.

Please confirm whether Epic will agree to this compromise.

Thanks,
Julian

**Julian Jiggetts**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**
*\*Admitted in the District of Columbia and New York; Pending Admission in Illinois*
191 N. Wacker Drive Suite 2700
Chicago, IL 60606
312-705-7466 Direct
312.705.7400 Main Office Number
312.705.7401 FAX
julianjiggetts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Madalyn Vaughn <mvaughn@cravath.com>
**Sent:** Tuesday, September 9, 2025 6:41 PM
**To:** Paula Gonzalez <paulagonzalez@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Paulina Slagter <paulinaslagter@quinnemanuel.com>
**Cc:** QE-CureIS-Epic <qe-cureis-epic@quinnemanuel.com>; Lauren Moskowitz <LMoskowitz@cravath.com>; Michael Addis <maddis@cravath.com>; Caitie Bailey <cbailey@cravath.com>; Jonathan Sarnoff <jsarnoff@cravath.com>
**Subject:** RE: CureIS v. Epic | CureIS's First Set of RFPs

**[EXTERNAL EMAIL from mvaughn@cravath.com]**

---

Counsel:

Given the Court's recent orders continuing the case management conference and vacating Epic's deadline to file its motion to dismiss in light of Epic's pending motion to transfer venue, Epic's view is that the Court likewise would not want the parties to brief a motion to stay discovery until after the transfer motion has been resolved. Epic proposes that the parties agree to hold in abeyance Epic's deadline to respond to CureIS's First Set of RFPs (currently due September

3

24) and address the timing of those responses after the transfer motion has been resolved. Please let us know whether CureIS agrees to this.

Best,
Madalyn

**Madalyn Vaughn**
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1328
mvaughn@cravath.com

---

**From:** Paula Gonzalez <paulagonzalez@quinnemanuel.com>
**Sent:** Monday, August 25, 2025 2:25 PM
**To:** Madalyn Vaughn <mvaughn@cravath.com>; Lauren Moskowitz <LMoskowitz@cravath.com>; Caitie Bailey <cbailey@cravath.com>
**Cc:** QE-CureIS-Epic <qe-cureis-epic@quinnemanuel.com>
**Subject:** CureIS v. Epic | CureIS's First Set of RFPs

Counsel,

See attached for service CureIS's First Set of Requests for Production.

Thanks,
Paula

**Paula Gonzalez**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Suite #560
Redwood Shores, CA 94065
650-801-5280 Direct
650-801-5000 Main Office Number
650-801-5100 Fax
paulagonzalez@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.