UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| CureIS Healthcare, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Epic Systems Corporation <br><br> *Defendant*. | Case No. 3:25-cv-00991-JDP |

**PLAINTIFF CUREIS HEALTHCARE, INC.'S MOTION FOR
LEAVE TO FILE UNDER SEAL**

Plaintiff CureIS Healthcare, Inc. respectfully requests leave to file under seal portions of CureIS's Memorandum of Law In Opposition to Defendant's Motion to Stay Discovery (Dkt. No.94). Pursuant to Administrative Order 337 of the Western District of Wisconsin, filings may only be sealed if done pursuant to a protective order previously entered by the Court or a contemporaneous motion to seal. On December 19, 2025, Defendant Epic Systems Corporation filed a Motion For Leave to File Under Seal (Dkt. No. 88) portions of, *inter alia*, its Memorandum of Law In Support of Its Motion to Stay Discovery (Dkt. No. 84) and Exhibit A to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. No. 86-1). On December 23, 2025, the Court granted Defendant's motion to seal for good cause. Dkt. No. 93.

Consistent with this Court's December 23, 2025 order (Dkt. No. 93), CureIS respectfully requests that the Court seal the portion of its Memorandum of Law In Opposition to Defendant's Motion to Stay Discovery that discusses information related to the document included as Exhibit

A to the Declaration of Lauren A. Moskowitz In Support of Epic's Motion to Stay Discovery (Dkt. No. 86-1), which CureIS designated as "CONFIDENTIAL."

Dated: January 5, 2026                                    Respectfully submitted,

By: /s/ Stephen P. Hurley

Stephen P. Hurley
Andrew W. Erlandson
Catherine E. White
**Hurley Burish, S.C.**
33 East Main Street, Suite 400
Madison, WI 53703
Tel: 608.257.0945
Fax: 608.257.5764

Adam B. Wolfson (*admission pending*)
Ryan S. Landes (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S Figueroa Street
Los Angeles, CA 90017
Tel: 213.443.3000
Fax: 213.443.3100

Paulina Slagter (*admission forthcoming*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
555 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel: 650.801.5000
Fax: 650.801.5100

Joseph H. Margolies
**Quinn Emanuel Urquhart & Sullivan, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401

*Attorneys for Plaintiff CureIS Healthcare, Inc.*