UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Epic Systems Corporation <br><br> *Defendant*. | Case No. 3:25-cv-00991-JDP |

**PLAINTIFF CUREIS HEALTHCARE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff CureIS Healthcare, Inc. ("CureIS") respectfully requests leave to file under seal portions of CureIS's Memorandum of Law In Support of Its Opposition to Epic Systems Corporation's ("Epic") Motion to Dismiss (Dkt. No. 102). Pursuant to Administrative Order 337 of the Western District of Wisconsin, filings may only be sealed if done pursuant to a protective order entered by the Court or to a contemporaneous motion to seal. The parties have not yet entered into a protective order, therefore CureIS files this contemporaneous motion.

On August 8, 2025, a court in the Northern District of California ordered that the names of certain CureIS customers remain under seal. (Dkt. No. 51 at 3). Because these customer and individual employee names are identified in CureIS's Opposition to Epic's Motion to Dismiss, CureIS respectfully requests that this Court seal those references as well, in accordance with the N.D. Cal. Court's order.

Dated: January 20, 2026                                Respectfully submitted,

|  |  |
|---|---|
| Stephen P. Hurley<br>Andrew W. Erlandson<br>Catherine E. White<br>**Hurley Burish, S.C.**<br>33 East Main Street, Suite 400<br>Madison, WI 53703<br>Tel: 608.257.0945<br>Fax: 608.257.5764 | By: /s/ *Adam B. Wolfson*<br>    Adam B. Wolfson<br>    Ryan S. Landes (*admission forthcoming*)<br>    **Quinn Emanuel Urquhart & Sullivan, LLP**<br>    865 S Figueroa Street<br>    Los Angeles, CA 90017<br>    Tel: 213.443.3000<br>    Fax: 213.443.3100<br><br>    Paulina Slagter (*admission forthcoming*)<br>    **Quinn Emanuel Urquhart & Sullivan, LLP**<br>    555 Twin Dolphin Drive<br>    Redwood Shores, CA 94065<br>    Tel: 650.801.5000<br>    Fax: 650.801.5100<br><br>    Joseph H. Margolies<br>    **Quinn Emanuel Urquhart & Sullivan, LLP**<br>    191 N. Wacker Drive, Suite 2700<br>    Chicago, IL 60606<br>    Tel: 312.705.7400<br>    Fax: 312.705.7401<br><br>    *Attorneys for Plaintiff CureIS Healthcare, Inc.* |