# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

CureIS Healthcare, Inc.,

                                                Plaintiff,

                vs.

Epic Systems Corporation,

                                                Defendant.

Civil Action No. 3:25-cv-00991-JDP

## DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Epic Systems Corporation ("Epic") respectfully requests leave to file under seal portions of Epic's Reply Memorandum of Law In Support of Its Motion to Dismiss (Dkt. No. 107). Pursuant to Administrative Order 337 of the Western District of Wisconsin, filings may only be sealed if done pursuant to a protective order previously entered by the Court or a contemporaneous motion to seal. Given that the parties have not entered into a protective order at this time, Epic files this contemporaneous motion to seal. In so doing, Epic does not concede that any portion of the aforementioned document should be sealed or designated as confidential and reserves all rights.

Epic's Reply Memorandum of Law In Support of Its Motion to Dismiss references information that has previously been ordered sealed in this action by the District Court for the Northern District of California (the "N.D. Cal. Court"). Specifically, prior to this action being transferred from the N.D. Cal. Court to this Court pursuant to 28 U.S.C. § 1404(a), the parties briefed whether the names of certain actual or potential customers identified in Plaintiff CureIS Healthcare, Inc.'s ("CureIS") First Amended Complaint (Dkt. No. 37) and in other related filings

should remain sealed.  (*See, e.g.*, Dkt. Nos. 38, 41.)  On August 8, 2025, the N.D. Cal. Court ordered unsealed the names of certain CureIS customers that CureIS had, on prior occasion, disclosed publicly—including Advocate, Sharp, and Sutter Health—but held that the names of CureIS's undisclosed customers referenced in this action should remain sealed.  (Dkt. No. 51 at 3; *see also* Dkt. No. 54.)  Because names and employees of these sealed CureIS customers are identified in Epic's Reply Memorandum of Law In Support of Its Motion to Dismiss, Epic respectfully requests that this Court seal those references, consistent with the N.D. Cal. Court's prior order.

    Notwithstanding the instant motion, Epic takes issue with the continued sealing of the name of one of CureIS's customers.  On January 10, 2026, Epic informed CureIS that a document CureIS cites in its opposition to Epic's Motion to Stay Discovery (Dkt. No. 100 at 20 n.9), publicly discloses a CureIS customer whose name CureIS contends should remain sealed in this action.  Consistent with the N.D. Cal. Court's order that unsealed the names of CureIS's customers who had, on prior occasion, been publicly disclosed, Epic asked CureIS to confirm that it would promptly file a revised copy of its Amended Complaint that removes all redactions relating to this customer and to confirm that the parties will no longer be treating the identity of this customer as confidential in future filings.  Epic followed up with CureIS regarding this request on three occasions and CureIS has not responded in writing with its position as requested.  Because the parties continue to be subject to the N.D. Cal. Court's sealing order, Epic has maintained this customer's name under seal in its Reply Memorandum of Law In Support of Its Motion to Dismiss.  Nevertheless, Epic's position is that the continued sealing of this customer's name is inconsistent with the N.D. Cal. Court's order, and Epic reserves all rights to seek future relief from the Court on this issue.

| | |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, |
| | By: *Lauren A. Moskowitz* |

Lauren A. Moskowitz
Yonatan Even
Michael P. Addis
**Cravath, Swaine & Moore LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
lmoskowitz@cravath.com
yeven@cravath.com
maddis@cravath.com

Matthew J. Duchemin
Bryce A. Loken
**Quarles & Brady LLP**
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Defendant Epic Systems Corporation*