**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| CURIES HEALTHCARE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION<br><br>*Defendant*. | Case No. 3:25-cv-00991 (JDP) |

**<u>DECLARATION OF PAULINA SLAGTER IN SUPPORT OF</u>**
**<u>PLAINTIFF'S MOTION TO REDUCE "ATTORNEYS' EYES ONLY" DESIGNATIONS</u>**
**<u>FOR EPIC PRODUCT MANUALS AND HANDBOOKS TO "CONFIDENTIAL"</u>**

1

## <u>DECLARATION OF PAULINA SLAGTER</u>

I, Paulina Slagter, declare as follows:

1.      I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff CureIS Healthcare, Inc. ("CureIS").  I made this declaration based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of CureIS's Motion To Reduce "Attorneys' Eyes Only" Designations for Epic Product Manuals and Handbooks to "Confidential" filed on April 28, 2026.

3.      Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for CureIS and counsel for Epic Systems Corporation ("Epic"), dated March 30, 2026 to April 21, 2026.

4.      On March 30, 2026, Epic served CureIS with its first production totaling forty documents, all of which were designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("HC-AEO").

5.      On March 31, 2026, CureIS challenged the confidentiality designation of thirty-five of the produced documents.

6.      On April 14, 2026, Epic agreed to redesignate two documents to "CONFIDENTIAL" and maintained the "HC-AEO" designations for the remaining thirty-three challenged documents.

7.      On April 18, 2026, CureIS again challenged the confidentiality designations of the remaining thirty-three documents and stated its intent to move on the issue if the parties reached an impasse.

8.      On April 21, 2026, Epic articulated that it would not redesignate the remaining thirty-three documents and that the parties were at an impasse.

9.      Attached hereto as **Exhibit B** is a true and correct copy of the document bearing Bates stamp EPIC_CUREIS_00000280, which was produced in Epic's March 30, 2026 production and designated as HC-AEO.

10.     Attached hereto as **Exhibit C** is a true and correct copy of a document titled "Overview of Tapestry 002", as printed from Hometown Health's publicly-available website https://www.hometownhealth.com/wp-content/uploads/2021/10/Overview-of-Tapestry-002.docx on April 28, 2026. The document's metadata indicates that it was created and last modified on October 29, 2021.

I declare, under penalty of perjury, that the foregoing is true and correct.


DATED:  April 28, 2026


By_____ */s/ Paulina Slagter*_____
        Paulina Slagter

## CERTIFICATE OF SERVICE

I, Adam Wolfson, certify that on April 28, 2026, a copy of the foregoing was served on all attorneys of record via email.

*/s/ Paulina Slagter*
Paulina Slagter