# EXHIBIT C

# Tapestry



**Overview**

Tapestry, in conjunction with Epic's enterprise clinical and revenue cycle applications, allows your health plan to provide a uniquely integrated experience for your members across the continuum of care and beyond. Use Tapestry to track your enrollment, authorize services, manage high-risk members, pay claims and capitation, respond to member and provider inquiries, collect premium and capitation payments, and engage members, providers, and employers—all within a single system.

Tapestry is part of Epic's enterprise health plan suite along with Healthy Planet, Customer Relationship Management, Payer Platform, and MyChart.

# Automate Your Core Administrative Workflows

## Enrollment and Eligibility

Make Epic your source of truth for member demographics, coverages, and benefits information.

Load and update members and coverages in bulk with standard 834, HIX 834, and flat file formats for accurate coverage information across claims processing and authorization review. Tapestry shares demographics and coverage information with other Epic applications, leading to better coordination of benefits.



## Claims Processing and Payment

Automate claims processing with a payment system that manages large and complex member populations with ease. Maintaining your benefits, vendor contracts, eligibility, and authorization requirements in the same system that you use to adjudicate claims helps you pay correctly and on time. In the event that plan or eligibility changes affect a claim, Tapestry's retroadjudication feature automatically reprocesses claims affected by retroactive changes to immediately recoup or refund the correct amount.

## Premium Billing and Incoming Capitation

Send invoices, collect premiums, and receive capitation payments in the same system you store eligibility so you can easily reconcile the payments received against your expected rates.

## Manage Efficiently

Use Epic's reporting tools to set goals, and measure your success with Epic's extensive reporting capabilities. Manage staff and capture key performance indicators, such as auto-adjudication rate, claims and authorization processing times, and first call resolution rate. Facilitate workflows and investigate trends with real-time reports, and report on AP Claims data with dynamic SlicerDicer tools.



Use In Basket to quickly route communication records between departments and staff members, and use workqueues to review pending claims and eligibility files.

# Partner in Care

Tapestry is heavily integrated with Healthy Planet and Coordinated Care Management. Refer to the Overview of Healthy Planet and the Overview of Coordinated Care Management for more information.

## Utilization Management

Take advantage of medical necessity criteria and network-based provider recommendations at the point of service so your providers and staff can make financially responsible decisions about members' care. A rules-based engine can automatically authorize designated services and routes authorization requests for review and automated letter generation.

# Engage with Members, Providers, and Employers

## Customer Relationship Management

Provide outstanding service and manage correspondence with members, providers, and employers in one integrated database. CRM dashboards and tasks show users appropriate follow-up actions and consolidate members' coverage, authorization, claim, premium, and clinical information into a single view for quick and easy review.

## MyChart (Member Portal) and Tapestry Link (Provider Portal)

Use Epic's integrated portal to share health information with patients and insurance information with members. Through MyChart, members can review authorizations and claims, pay premiums, obtain a mobile ID card, view their full benefits before electing to have a procedure, schedule appointments, and request a location change for an upcoming visit.

Provide easy online access to affiliate providers and employers with Tapestry Link, and allow them to check the status of claims and authorizations, verify coverages, submit authorizations, and receive status notifications. Employers can review premium invoices online and download to Excel for payment and reconciliation and can manage the online enrollment process for their employees.

# Meet Industry Challenges

## Flexible Framework

Create product lines adapted to the unique needs of your insurance products. Our contract and benefit toolkits support most types of insurance products (HMO, PPO, POS, self-funded, Medicaid, Medicare Advantage, Marketplace) and business models (health plan, delegated risk, MSO, TPA, ASO). Our highly configurable rules engine allows you to customize your workflows as needed.

## Rules and Regulations

Stay up to date with federal interface requirements, CMS guidelines, and pricing and reimbursement methodologies with regular Epic software updates. Use Tapestry to assist you in implementing the Council for Affordable Quality Healthcare's (CAQH) Committee on Operating Rules for Information Exchange (CORE) operating rules.

## Federal Programs

Tapestry can help you efficiently manage your commercial offerings for fast-growing federal programs. Enroll and manage members, and receive payments electronically through Marketplaces. Tapestry also has tools to catch Marketplace members' accounts with past due balances for follow-up. Direct connections to government systems help you investigate, take action, and send coverage details for Medicare Advantage and Marketplace plans.

*Due to the complexity and variability of managed care business models, contact your Epic representative so that we can discuss and better understand your needs.*

© 2019 Epic Systems Corporation. Confidential.