**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Epic Systems Corporation, <br><br> Defendant. | Case No. 3:25-cv-00991-jdp <br><br> REDACTED |

## DECLARATION OF JIM MCDERMOTT

I, Jim McDermott, hereby declare as follows:

1. I am the lead software developer for health plan products at Epic Systems Corporation ("Epic"). I submit this declaration in support of Epic's Brief in Opposition to Plaintiff CureIS Healthcare, Inc.'s Motion to Reduce "Attorneys' Eyes Only" Designations for Epic Product Manuals and Handbooks to "Confidential."

2. I have knowledge of all facts set forth in this declaration, and I would, and could, testify competently thereto if called upon to do so.

3. Epic is a privately held business located in Verona, Wisconsin. Epic develops, among other things, an integrated suite of healthcare and payer software, and related services. Epic is dedicated to developing high quality, innovative software and related services that are tailored to meet its customers' demanding and highly particularized requirements.

4. Epic's focus on long-term investment in research and development ("R&D") sets Epic apart from other vendors.

5.    Epic has further distinguished itself by the quality of its software and by Epic's track record of successful implementations. Epic has earned the reputation for installations that are on time, done well, and below budget. Epic attained this reputation through the development of installation, training, and go live tools, protocols, and customer incentive programs that it uses to prepare for and implement successful software installations. Over the course of many years, Epic has invested substantial resources in developing and refining its implementation and training tools and methodologies, drawing on the deep, industry-specific expertise it has accumulated through extensive hands-on experience in the healthcare industry. Epic guards those tools and methods as trade secrets.

6.    Epic has invested significant resources in developing proprietary healthcare information systems—in time, employee hours, and accumulated knowledge—over the course of 40+ years. Likewise, Epic has invested substantial resources in developing and fine-tuning its implementation strategies and schedules, over that same more than 40-year period.

7.    I understand the Plaintiff in this lawsuit, CureIS Healthcare, Inc. ("CureIS"), requested in its motion that 33 documents produced from Epic's secure Galaxy documentation portal be re-designated from HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY to CONFIDENTIAL. I understand documents designated as CONFIDENTIAL may be shown to employees of CureIS who may be involved in commercial decision making. Because Epic agreed to re-designate six documents cited in CureIS's motion, I understand there are 27 documents remaining at issue.

8.    Epic's Galaxy document repository is located within Epic's UserWeb. Epic's UserWeb is a secure, password-protected web portal that contains information on training, setup, support, and operation of Epic's software. Galaxy content is not publicly accessible. Epic limits

QB\102257555.3

access to UserWeb, and thus to Galaxy content, to Epic's employees and individuals employed by or affiliated with Epic's customer organizations who are provisioned with accounts on an individualized basis. ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████ For security reasons, Epic regularly disables inactive user accounts and maintains auditing capabilities to identify specific users that have viewed or downloaded Galaxy content.

9. Epic's Galaxy documents, including the 27 documents at issue, contain years, if not decades, of hard-gained, proprietary, and highly sensitive technical, business, and industry knowledge acquired by (and fine-tuned, honed and developed due to the efforts and skills of) Epic executives, attorneys, technical personnel, pricing analysts, accountants, and salespeople over many years.

10. The 27 Galaxy documents at issue can be grouped into three general categories: (i) Setup and Support Guides; (ii) Upgrade Overviews; and (iii) Strategy Handbooks.

11. As detailed below, each of the 27 documents at issue contains Epic's proprietary trade secrets, including, among other things, descriptions of Epic's proprietary software functionality, Epic's and its software's technical capabilities and performance characteristics, Epic's current and future development plans for its software, Epic's business methodologies,

3

Epic's support and service response time commitments, and Epic's delivery and implementation methods (the "Sensitive Information").

12. The Sensitive Information in the 27 documents is only available to the persons identified in Paragraph 8 above, not the general public.

13. The Sensitive Information contained in the 27 documents has been invaluable to Epic's success in the industry. The Sensitive Information distinguishes Epic from other companies offering healthcare and payer software and gives Epic competitive advantages by not being generally known or readily ascertainable through proper means by those other companies.

14. Disclosure of Epic's Sensitive Information to other vendors would place Epic at a competitive disadvantage. As such, maintaining the secrecy of the Sensitive Information at issue here has inherent value to both Epic and to its customers.

15. For example, information that describes or reveals the capabilities, features, functionality, and performance characteristics of Epic's software would enable other vendors seeking to enter or advance in the healthcare and payer software space to copy those capabilities, features, and functionality in their own products without incurring the same research and development costs expended by Epic in the development of its products over many years.

16. Other vendors that have less developed or less-successful capabilities, features, or functionality of their own, lacking knowledge of Epic's capabilities, features, and functionality (as described or contained within the Sensitive Information), could use the Sensitive Information to mimic or replicate Epic's proprietary capabilities, features, and functionality. The vendors would thereby short-circuit the lengthy process of developing and fine-tuning their own practices.

17. The Sensitive Information is the subject of Epic's diligent efforts to maintain its secrecy, such as entering and enforcing contractual confidentiality provisions, contractual

provisions limiting access to Epic's software and its documentation, identifying materials as confidential or proprietary, and by initiating or appearing in litigation to preclude disclosure of Epic's protected trade secret and confidential information.

18. Epic requires all employees, as a condition of their employment, to abide by confidentiality restrictions that govern, among other things, access to documents contained within Galaxy.

19. Epic does not permit access to UserWeb, or Galaxy, to customer organizations or other third parties without a non-disclosure agreement or similar strict confidentiality measure. Similarly, each customer affiliated individual who creates an account agrees to Epic's UserWeb Terms of Use. The UserWeb Terms of Use include unambiguous confidentiality requirements and protections over all of Epic's information within UserWeb:

> **Confidentiality and Intellectual Property Rights.** The information available through the UserWeb includes confidential information and trade secrets of Epic. You agree not to disclose or use such confidential information, including to large language models such as ChatGPT or chatbots, other than as permitted and appropriate in connection with your organization's proper use of licensed Epic software for its intended purpose and unless included in a protected communication related to certified health IT under the ONC Communications Rule (45 CFR 170.403). See Epic's Communications Rule policy.
>
> Epic owns the content and all software contained in or underlying the UserWeb. The Epic-owned content and software is protected by U.S. and international copyright law and conventions and other laws protecting intellectual property.

(*See* https://userweb.epic.com/Home/Agreement (last accessed May 4, 2026)).

20. As a general matter, Epic's agreements with all of its customers include unambiguous confidentiality requirements and protections over Epic's trade secrets and confidential information, including everything from Epic's source code and documentation to the terms of the relationships with its customers.

5

QB\102257555.3

21. For example, █████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████

22. ███████████████████████████████████████████████

██

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████

23. **Exhibits 1-23** are copies of Epic Setup and Support Guides for the various Epic software applications or modules detailed below. ██████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

6

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████

24.     Attached as **Exhibit 1 (**EPIC_CUREIS_00000001–EPIC_CUREIS_00000211) is a true and correct copy of Epic's ████████████████████████████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

25.     Attached as **Exhibit 2** (EPIC_CUREIS_00000373–EPIC_CUREIS_00000549) is a true and correct copy of Epic's ████████████████████████████████ ██████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

26.     Attached as **Exhibit 3** (EPIC_CUREIS_00000550–EPIC_CUREIS_00000631) is a true and correct copy of Epic's ████████████████████████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

QB\102257555.3

27.     Attached as **Exhibit 4** (EPIC_CUREIS_00000632–EPIC_CUREIS_00000713) is a true and correct copy of Epic's ███████████████████████████████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

28.     Attached as **Exhibit 5** (EPIC_CUREIS_00000714–EPIC_CUREIS_00000745) is a true and correct copy of Epic's ███████████████████████████████ ████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

29.     Attached as **Exhibit 6** (EPIC_CUREIS_00000751–EPIC_CUREIS_00000901) is a true and correct copy of Epic's ██████████████████████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

30.     Attached as **Exhibit 7** (EPIC_CUREIS_00000902–EPIC_CUREIS_00001049**)** is a true and correct copy of Epic's ████████████████████████████ ███████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly

8

commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

31. Attached as **Exhibit 8** (EPIC_CUREIS_00001050–EPIC_CUREIS_00001073) is a true and correct copy of Epic's ███████████████████████████████ ████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

32. Attached as **Exhibit 9** (EPIC_CUREIS_00001074–EPIC_CUREIS_00001143) is a true and correct copy of Epic's ████████████████████████████ ███████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

33. Attached as **Exhibit 10** (EPIC_CUREIS_00001144–EPIC_CUREIS_00001172) is a true and correct copy of Epic's ████████████████████████████ ████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

34. Attached as **Exhibit 11** (EPIC_CUREIS_00001173–EPIC_CUREIS_00001191) is a true and correct copy of Epic's ████████████████████████████ ███████████ This document is kept in the ordinary course in Epic's Galaxy repository. For

QB\102257555.3

the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

35. Attached as **Exhibit 12** (EPIC_CUREIS_00001192–EPIC_CUREIS_00001241) is a true and correct copy of Epic's ███████████████████████████████ ████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

36. Attached as **Exhibit 13** (EPIC_CUREIS_00001242–EPIC_CUREIS_00001311) is a true and correct copy of Epic's ███████████████████████████████ ████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

37. Attached as **Exhibit 14** (EPIC_CUREIS_00001312–EPIC_CUREIS_00001357) is a true and correct copy of Epic's ██████████████████████████ ████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

38. Attached as **Exhibit 15** (EPIC_CUREIS_00001358–EPIC_CUREIS_00001401) is a true and correct copy of Epic's ███████████████████████████████

10

█████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

39.     Attached as **Exhibit 16** (EPIC_CUREIS_00001402–EPIC_CUREIS_00001417) is a true and correct copy of Epic's ████████████████████████████████ ███████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

40.     Attached as **Exhibit 17** (EPIC_CUREIS_00001432–EPIC_CUREIS_00001482) is a true and correct copy of Epic's ████████████████████████████████ █████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

41.     Attached as **Exhibit 18** (EPIC_CUREIS_00001483–EPIC_CUREIS_00001545) is a true and correct copy of Epic's ████████████████████████████████ ████████████████. This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

QB\102257555.3

42. Attached as **Exhibit 19** (EPIC_CUREIS_00001546–EPIC_CUREIS_00001575) is a true and correct copy of Epic's ████████████████████████████████████ ████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

43. Attached as **Exhibit 20** (EPIC_CUREIS_00001576–EPIC_CUREIS_00001593) is a true and correct copy of Epic's ████████████████████████████████████ ████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

44. Attached as **Exhibit 21** (EPIC_CUREIS_00001594–EPIC_CUREIS_00001707) is a true and correct copy of Epic's ████████████████████████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

45. Attached as **Exhibit 22** (EPIC_CUREIS_00001725–EPIC_CUREIS_00001814) is a true and correct copy of Epic's ████████████████████████████████████ ████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly

commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

46. Attached as **Exhibit 23** (EPIC_CUREIS_00001850–EPIC_CUREIS_00001902) is a true and correct copy of Epic's ████████████████████████████ ████████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 23 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

47. Attached as **Exhibits 24 and 25** are copies of Epic's Tapestry Upgrade Overview documents. ████████████████████████████████████████

48. Attached as **Exhibit 24** (EPIC_CUREIS_00000301–EPIC_CUREIS_00000318) is a true and correct copy of a document titled, ████████████████████████████ ████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 47 above, this document contains highly commercially

sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

49. Attached as **Exhibit 25** (EPIC_CUREIS_00001815–EPIC_CUREIS_00001849) is a true and correct copy of a document titled, ██████████████████ ████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 47 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

50. Attached as **Exhibits 26 and 27** are copies of Epic's Strategy Handbook documents. ████████████████████████

51. Attached as **Exhibit 26** (EPIC_CUREIS_00001418–EPIC_CUREIS_00001431) is a true and correct copy of Epic's ████████████████████ ████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 50 above, this document contains highly commercially

14

sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

52.     Attached as **Exhibit 27** (EPIC_CUREIS_00001708–EPIC_CUREIS_00001724) is a true and correct copy of Epic's ███████████████████████████████████ ████████████████ This document is kept in the ordinary course in Epic's Galaxy repository. For the reasons stated in paragraphs 14, 15, 16, and 50 above, this document contains highly commercially sensitive information including trade secrets belonging to Epic, the disclosure of which will harm Epic commercially or competitively.

53.     Attaches as **Exhibits 28–32** are copies of various Epic Application and Initiative Roadmaps. These documents are kept in the ordinary course within Epic's Galaxy repository and contain highly commercially sensitive, including trade secrets belonging to Epic. I understand CureIS has not challenged HC-AEO designations applied to Exhibits 28–32.

54.     Attached as **Exhibit 28** (EPIC_CUREIS_00000290–EPIC_CUREIS_00000300) is a true and correct copy of Epic's ██████████████████████████████.

55.     Attached as **Exhibit 29** (EPIC_CUREIS_00000319–EPIC_CUREIS_00000330) is a true and correct copy of Epic's ███████████████████████████████.

56.     Attached as **Exhibit 30** (EPIC_CUREIS_00000331–EPIC_CUREIS_00000339) is a true and correct copy of Epic's █████████████████████████████.

57.     Attached as **Exhibit 31** (EPIC_CUREIS_00000340–EPIC_CUREIS_00000358) is a true and correct copy of Epic's ████████████████████████.

58.     Attached as **Exhibit 32** (EPIC_CUREIS_00000359–EPIC_CUREIS_00000372) is a true and correct copy of Epic's ████████████████████████████.

QB\102257555.3

I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, 2026.

*/s/ Jim McDermott*
Jim McDermott

QB\102257555.3

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.  In addition, a true and correct copy of the sealed version of this filing has been served via e-mail on the following counsel of record for Plaintiff:

Adam B. Wolfson
Ryan S. Landes
Paulina Slagter
Joseph H. Margolies
QUINN EMANUEL URQUHART & SULLIVAN, LLP
adamwolfson@quinnemanuel.com
ryanlandes@quinnemanuel.com
paulinaslagter@quinnemanuel.com
josephmargolies@quinnemanuel.com

Stephen P. Hurley
Andrew W. Erlandson
Catherine E. White
HURLEY BURISH, S.C.
shurley@hurleyburish.com
aerlandson@hurleyburish.com
cwhite@hurleyburish.com

*/s/ Bryce A. Loken*
Bryce A. Loken

QB\102257555.3