## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CureIS Healthcare, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Epic Systems Corporation, <br><br> Defendant. | Case No. 3:25-cv-00991-jdp |

## DECLARATION OF BRYCE A. LOKEN

I, Bryce A. Loken, hereby declare as follows:

1.      I am an attorney with Quarles & Brady LLP. I represent Defendant Epic Systems Corporation in this matter. I make the following statements based on my personal knowledge of the facts involved, unless otherwise stated.

2.      I submit this declaration in support of Epic's Brief in Opposition to Plaintiff CureIS Healthcare, Inc.'s Motion to Reduce "Attorneys' Eyes Only" Designations for Epic Product Manuals and Handbooks to "Confidential" (Dkt. 125, hereinafter the "Motion").

3.      Contemporaneous with filing Epic's Brief in Opposition to the Motion, Epic is serving on CureIS re-designated copies of six Application Overview Guides with CONFIDENTIAL designations affixed, which are Bates numbered: EPIC_CUREIS_00000212; EPIC_CUREIS_00000220;      EPIC_CUREIS_00000231;      EPIC_CUREIS_00000251; EPIC_CUREIS_00000263; and EPIC_CUREIS_00000280.

QB\102362761.1

I DECLARE under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, 2026.

/s/ Bryce A. Loken
Bryce A. Loken

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.  In addition, a true and correct copy of the sealed version of this filing has been served via e-mail on the following counsel of record for Plaintiff:

Adam B. Wolfson
Ryan S. Landes
Paulina Slagter
Joseph H. Margolies
QUINN EMANUEL URQUHART & SULLIVAN, LLP
adamwolfson@quinnemanuel.com
ryanlandes@quinnemanuel.com
paulinaslagter@quinnemanuel.com
josephmargolies@quinnemanuel.com

Stephen P. Hurley
Andrew W. Erlandson
Catherine E. White
HURLEY BURISH, S.C.
shurley@hurleyburish.com
aerlandson@hurleyburish.com
cwhite@hurleyburish.com

*/s/ Bryce A. Loken*
Bryce A. Loken

3