AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

CureIS Healthcare, Inc.
*Plaintiff*
v.
Epic Systems Corporation
*Defendant*

Case No. 3:25-cv-00991-jdp

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Epic Systems Corporation .

Date: 11/25/2026

*/s/ Madalyn Vaughn*
*Attorney's signature*

Madalyn Vaughn
*Printed name and bar number*

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
*Address*

mvaughn@cravath.com
*E-mail address*

(212) 474-1328
*Telephone number*

(212) 474-3700
*FAX number*